UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Criminal No. 97-087 (JAF) |
| v. | |
| ROBERT ALI HERNANDEZ-WILSON, | |
| Defendant. | |

**O R D E R**

In order for the court to fully understand the context of the January 20, 2005, Judgment by the U.S. Court of Appeals, Docket Document No. 231, the Government will inform about the circumstances that led to the appellate finding (Defendant did not voluntarily waive his rights to a full supervised release revocation hearing).

**Ten (10) days granted to comply.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 17th day of March, 2005.

S/José Antonio Fusté
JOSE ANTONIO FUSTE
Chief U. S. District Judge