```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF PUERTO RICO

 3   UNITED STATES OF AMERICA,     *  CR. 97-87
              Plaintiff,           *
 4        vs.                      *  San Juan, Puerto Rico
     ROBERTO ALI HERNANDEZ WILSON  *  26 September, 2003
 5            Defendant.            *  1:30 p.m.

 6

 7                      ORDER TO SHOW CAUSE

 8            BEFORE THE HONORABLE JOSE A. FUSTE
              UNITED STATES DISTRICT COURT JUDGE
 9
     APPEARANCES
10
     COUNSEL FOR THE GOVERNMENT
11
     DAVID RIVERA, AUSA
12

13   COUNSEL FOR THE DEFENDANT

14   ANTONIO BAUZA TORRES, ESQ.

15

16

17

18

19

20

21

22

23

24             YVETTE RICHARDSON, CSR OCR

25                   (787) 772-3476
```

ROBERTO ALI HERNANDEZ WILSON - CR. 97-87 - OSC

2

1    THE COURT:  Next case.
2    THE CLERK:  Yes, Your Honor.  For order to
3    show cause, criminal 97-87, United States of America
4    versus Roberto Ali Hernandez Wilson.
5    Appearing on behalf of the government, the
6    Assistant U.S. Attorney, David Rivera.
7    And on behalf of the defendant, Antonio Bauza
8    Torres.  The defendant is present in Court and he will
9    be provided with the services of the official Court's
10   interpreter.
11   MR. BAUZA:  Good afternoon, Your Honor.
12   Antonio Bauza on behalf of the defendant, who is also
13   present.
14   MR. RIVERA:  Good afternoon, Your Honor.
15   David Rivera on behalf of the United States.  We are
16   ready to proceed.
17   THE COURT:  Let me ask, counsel, what is your
18   client's position on the issue of the matter that is
19   before the Court at this time?
20   MR. BAUZA:  Your Honor, our position is that
21   we are completely aware that the revocation hearing is
22   well founded.  So we will just deal with it.
23   We've reviewed the options with the probation
24   officer.  It is from 17 to 24 months.  So we are
25   requesting the lower end of the guidelines of the

YVETTE RICHARDSON, CSR, OCR

ROBERTO ALI HERNANDEZ WILSON - CR. 97-87 - OSC
3

1   disposition of this matter.
2           THE COURT:  Very well.
3           MR. BAUZA:  We also request, Your Honor, he
4   is also pending to serve a state court sentence.  But
5   we are requesting that he first serves this court's
6   sentence and then he is scheduled to serve the state
7   court sentence.
8           THE COURT:  And what do you have to say about
9   all this, Mr. Hernandez?  Are you accepting then the
10  fact that you are not in compliance with the
11  supervised release and that the Court must then
12  address this issue by way of revocation?
13          THE DEFENDANT:  Yes.
14          THE COURT:  Very well.
15          Government, anything?
16          MR. RIVERA:  Your Honor, simply we concur
17  with the probation officer's recommendation.  The
18  defendant is a Grade A violations, criminal history
19  category 3 with a range of 17 to 24.  We would
20  recommend a sentence in that range.
21          We would also request the imposition of a
22  condition of previous release that be followed.
23          MR. BAUZA:  As to that matter, it is in the
24  discretion of this Court.
25          THE COURT:  I understand.  I understand that.
                YVETTE RICHARDSON, CSR, OCR

ROBERTO ALI HERNANDEZ WILSON - CR. 97-87 - OSC

4

1  Anything else?

2          MR. BAUZA: No, Your Honor.

3          THE COURT: Very well. Anything else that

4  you wish to say before I impose the sentence or the

5  disposition. Before I enter the disposition, if you

6  want to say something? You don't have to.

7          THE DEFENDANT: Nothing.

8          THE COURT: Very well.

9          The Court finds that Mr. Hernandez violated

10 the terms of the supervised release that was

11 previously imposed on him. The violation consisted in

12 new criminal activity which appears delineated in the

13 notice of violation that the probation department

14 filed, dated March the 6th of this year. So,

15 therefore, the supervised release term that was

16 previously imposed last -- January 22, 1998, is hereby

17 revoked. We are talking about a situation under

18 Guideline line Section 7B(1.1). We have to make

19 reference to the most serious of the violations that

20 appear now before the Court. That would be a grade A

21 violation, as the government pointed out, because it

22 is based on conduct that is punishable by a term of

23 imprisonment exceeding one year.

24         We must also consider the original criminal

25 history category which is three. And under these

YVETTE RICHARDSON, CSR, OCR

24

ROBERTO ALI HERNANDEZ WILSON - CR. 97-87 - OSC

5

1  circumstances and, of course, considering a grade
2  violation, the GSR or guideline imprisonment range is
3  18 to 24 months.
4       The Court will sentence Mr. Hernandez to the
5  24 months, which is the higher end of the guidelines
6  to be served consecutively to the sentence imposed in
7  the state system.
8       He will have to serve three years of
9  supervised release under this new disposition under
10 the same terms and conditions of supervision entered
11 previously.
12      I am advising the defendant that he has the
13 right to appeal this disposition by filing a notice of
14 appeal within 10 days from today.  He can appeal in
15 forma pauperis.  He can also have the benefits of the
16 Criminal Justice Act if he wishes to appeal without
17 having to retain an attorney.
18      Anything else?
19      MR. BAUZA:  Would the Court be willing to
20 consider the three years of additional supervised
21 release?
22      THE COURT:  I think --
23      MR. BAUZA:  Half of his previous supervised
24 release sentence?
25      THE COURT:  Supervised release, under the

YVETTE RICHARDSON, CSR, OCR

25

ROBERTO ALI HERNANDEZ WILSON - CR. 97-87 - OSC

6

1  circumstances, should be imposed and I am imposing
2  three years.
3          Anything else?
4          MR. BAUZA:  And about the request being made
5  that he first serve the federal sentence.
6          THE COURT:  He is going to serve the federal
7  sentence first, yes.
8          MR. BAUZA:  Okay.
9          THE COURT:  Thank you very much.  You are now
10 excused.
11         (Whereupon, at 2:10 p.m. court was adjourned)
12                       - - - - -
13
14
15
16
17
18
19
20
21
22
23
24
25

YVETTE RICHARDSON, CSR, OCR

26

```
 1                    REPORTER'S CERTIFICATE
 2             I, YVETTE RICHARDSON, Official Court
 3   Reporter in the United States District Court for the
 4   District of Puerto Rico, appointed pursuant to the
 5   provisions of Title 28, United States Code, Section
 6   753, do hereby certify that the foregoing is a true
 7   and correct transcript of the proceedings had in the
 8   within entitled and numbered cause on the date
 9   hereinbefore set forth; and I do further certify that
10   the foregoing transcript has been prepared under my
11   direction.
12             Whereupon, I have set my hand this 3rd day
13   of August 2004.
14
15
16
17   _____
     YVETTE RICHARDSON, CSR, OCR
18   Official Court Reporter
19
20
21
22
23
24
25
```