# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) <br> ) <br> ) <br> Plaintiff [s], ) <br> ) <br> VS. ) <br> ) <br> ROBERT HERNÁNDEZ-WILSON ) <br> ) <br> Defendant[s] ) <br> ) <br> ) <br> ) / | **Case No.: 97-CR-87 (JAF)** |

## NOTICE OF APPEARANCE AS COUNSEL

**TO THE HONORABLE COURT AND ALL PARTIES CONCERNED:**

**COMES NOW** the undersigned counsel and enters his appearance as retained counsel for the defendant Robert Hernandez-Wilson.

1. The undersigned counsel enters his appearance and respectfully request that all papers, pleadings and discovery be served on the retained counsel at the address of record with the Court.

1

**WHEREFORE** the undersigned counsel prays to this honorable court to take notice of the aforesaid.

Respectfully submitted,

*S/Lorenzo J. Palomares Starbuck*
Lorenzo J. Palomares-Starbuck, Esq.
USDC #218017
Lorenzo Palomares P.S.C.
Attorneys & Counselors at Law
Attorney for Third Party Claimant
500 Munoz Rivera, Centro I
Penthouse 1504
San Juan, P.R. 00918
Tel (787) 753-7441/ (787) 281-6667
Fax (787) 565-0650/ (787) 758-3331
lpalomares@coqui.net

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on this day May 25, 2005 a copy of the instant pleading was served on the plaintiff's counsel Mr. Bernon Miles, Esq. AUSA and Thomas Klumper, Esq. AUSA by the electronic filing system of this Court CM/CEF electric filing.

*S/ Lorenzo J. Palomares Starbuck, Esq.*