# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

CRIMINAL MINUTES OF PROCEEDINGS

**BEFORE HON.  CHIEF JUDGE JOSE A. FUSTE**          DATE:  05-25-2005

COURTROOM DEPUTY: BECKY AGOSTINI          CRIMINAL NO.  97-087 (JAF)

COURT REPORTER:  I. RICHARDSON

COURT INTERPRETER: NONE

UNITED STATES OF AMERICA                    VERNON MILES, AUSA

Vs.

ROBERT ALI HERNANDEZ-WILSON                  LORENZO PALOMARES, ESQ.

**CASE CALLED FOR ORDER TO SHOW CAUSE  HEARING.**  After having heard parties in this case, the Court finds that the defendant, Robert Ali Hernandez-Wilson violated the conditions of the imposed supervised release term by engaging in conduct that represents new criminal activity, as cited on the Motion Notifying violation of the Supervised Release Conditions filed by the U.S. Probation Officer on 3-5-2003.  Therefore, the supervised release term imposed on January 22, 1998 and amended on December 8, 1999, is revoked.  Therefore, it is the judgment of the Court, that Robert Ali Hernandez Wilson, is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of twenty-four (24) months to be served consecutively to the state sentence he is serving without prejudice, whatever credit he gets on account of the fact that he is in a Boot Camp Program.  Upon release from confinement, defendant shall be placed on Supervised Release for a term of three (3) years.  A  detainer will be placed so that the State authorities turn him over to the Federal Bureau of Prisons upon the completion of his Boot Camp Program, so that he can then start serving his 24 months of this violation of Supervised Release.

                    S/ REBECCA AGOSTINI-VIANA
                    REBECCA AGOSTINI-VIANA
                    **DEPUTY CLERK**

Defendant's Exhibit 1 admitted.