AO 245D (Rev. 3/01) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ PUERTO RICO

UNITED STATES OF AMERICA
V.
ROBERT ALI HERNANDEZ-WILSON

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number:     97-087-08 (JAF)

LORENZO PALOMARES, ESQ.
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  standard conditions and conditions 2, 11  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Standard Condition 1 | Failure to refrain from committing another Federal, State or local crime, etc. | 2-27-03 |
| 2 | Failure to report to the Probation Officer. | Dec. 2002 |
| 11 | Failure to notify Probation Officer within 72 hours of being arrested. | 1-10-2003 |

The defendant is sentenced as provided in pages 2 through ___4___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

   IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec.: -------------------------------

Defendant's Date of Birth: -------------------------------

Defendant's USM No.: -------------------------------

Defendant's Residence Address:

_____

_____

_____

Defendant's Mailing Address:

----------------SAME AS ABOVE----------------

_____

_____

MAY 25TH, 2005
Date of Imposition of Judgment

_____
Signature of Judicial Officer

JOSE A. FUSTE, U.S. DISTRICT JUDGE
Name and Title of Judicial Officer

MAY 25TH, 2005
Date

Judgment — Page 2 of 4

DEFENDANT: ROBERT ALI HERNANDEZ-WILSON
CASE NUMBER: CR. 97-087-08 (JAF)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of   *24 MONTHS TO BE SERVED CONSECUTIVELY TO THE STATE SENTENCE HE IS SERVING WITHOUT PREJUDICE OR WHATEVER CREDIT HE GETS ON ACCOUNT OF THE FACT THAT HE IS IN A BOOT CAMP PROGRAM.

X   The court makes the following recommendations to the Bureau of Prisons:
    To look into this inmate's federal detention record since 1998 to see whether there is any other portion of time that should be legally credited towards this 24 months sentence.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at _____ ☐ a.m.  ☐ p.m.  on _____ .

   ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐   before 2 p.m. on _____ .

   ☐   as notified by the United States Marshal.

   ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Judgment—Page  3  of  4

DEFENDANT:      ROBERT ALI HERNANDEZ-WILSON
CASE NUMBER:    CR. 97-087-08 (JAF)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of    THREE (3) YEARS.

    The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994*:

    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

- ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

- ☐ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

    The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

| | |
|---|---|
| DEFENDANT: | ROBERT ALI HERNANDEZ-WILSON |
| CASE NUMBER: | CR. 97-087-08 (JAF) |

Judgment—Page __4__ of __4__

# ADDITIONAL SUPERVISED RELEASE TERMS

\*

1. The defendant shall not commit any crimes, federal, state, or local, and shall comply with the standard conditions of Supervised Release promulgated by the United States Sentencing Commission and adopted by this Court.

2. The defendant shall not possess any controlled substances, firearms or other dangerous weapons.

3. The defendant shall submit his person, residence, office or vehicle to a search, conducted by a U.S. Probation Officer at a reasonable time and in a reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

4. The defendant shall provide to the U.S. Probation Officer access to any financial information upon request and shall provide evidence to the effect that Income Tax returns have been duly filed with the Commonwealth of Puerto Rico Department of Treasury as required by law.