UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**   \*
                              \*
**Vs.**                        \*   97-CR-00087-008 (JAF)
                              \*
**HERNANDEZ-WILSON, ROBERT ALI**   \*
                              \*
-------------------------------------------\*

## ORDER

By the Order of the Honorable José A. Fusté, Chief United States District Court Judge, the pre-sentence investigation report is hereby returned to the U.S. Probation Office.

IT IS SO ORDERED.

San Juan, Puerto Rico, this June 24, 2005.

                                                  **FRANCES RIOS DE MORAN**
                                                  Clerk of the Court

                                                  By: Janis Palma
                                                  Interpreter/Deputy Clerk

**ACKNOWLEDGMENT:**

I hereby acknowledge receipt of the
pre-sentence investigation report

on _____

Eustaquio Babilonia
Chief U.S. Probation Officer

By: _____