UNITED STATES DISTRICT COURT

FOR THE _____ **DISTRICT OF** PUERTO RICO

UNITED STATES OF AMERICA

VS.

ROBERT ALI HERNANDEZ-WILSON
OSO BLANCO
RIO PIEDRAS PENITENTIARY

*WARRANT FOR ARREST*

CRIMINAL NO. 97-087-08 (JAF)

To:  The United States Marshal
and any Authorized United States Officer

COPY

**YOU ARE HEREBY COMMANDED** to arrest **ROBERT ALI HERNANDEZ-WILSON**

(Name)

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment      [ ] Information      [ ] Complaint

[ ] Order of court    [X] FAILURE TO COMPLY WITH HIS
                         CONDITIONS OF SUPERVISED RELEASE.

charging him or her with (brief description of offense)

in violation of Title _____ United States Code, Section(s) _____

| JOSE A. FUSTE | U.S. DISTRICT JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| REBECCA AGOSTINI-VIANA | AUGUST 20TH, 2003, HATO REY, PUERTO RICO |
| Signature of Deputy Clerk | Date and Location |

Bail fixed at $ ----------NO BAIL------------    By REBECCA AGOSTINI VIANA

Name of Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8-20-03 | Kevin Labrador DUSM | [signature] |
| DATE OF ARREST 9-22-03 | | |